# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

COMMONWEALTH OF KENTUCKY

Petitioner (No. 23-3216),

KENTUCKY ENERGY AND
ENVIRONMENT CABINET,

Petitioner (No. 23-3225),

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

Respondents.

No. 23-3216

No. 23-3225

## JOINT MOTION TO CONSOLIDATE AND FOR
## REVISED BRIEFING SCHEDULE

Respondents the United States Environmental Protection Agency, et al.,

("EPA") and Petitioners Commonwealth of Kentucky and Kentucky Energy and

Environment Cabinet respectfully request that Case Nos. 23-3216 and 23-3225 be

consolidated, a deferred appendix be used, a revised briefing schedule be set, and

other briefing logistics (such as word limits) be modified.

In support of this joint motion, the EPA and Petitioners (collectively the

"Parties") state as follows:

1.      On February 13, 2023, EPA promulgated a final rule titled: "Air Plan

Disapprovals; Interstate Transport of Air Pollution for the 2015 8-Hour Ozone

National Ambient Air Quality Standards," 88 Fed. Reg. 9336, 9338 (Feb. 13, 2023) ("Final Rule"). The Final Rule disapproved, among others, the Commonwealth of Kentucky's state implementation plan.

2.      On March 13 and March 17, 2023, Petitioners petitioned for review of the Final Rule. No. 23-3216, ECF No. 1-1; No. 23-3225, ECF No. 1-1.

3.      On March 24, 2023, EPA filed motions to transfer to the D.C. Circuit or dismiss the petitions. No. 23-3216, ECF No. 8; No. 23-3225, ECF No. 4.

4.      On May 23, 2023 and June 1, 2023, Petitioners filed motions to stay the Final Rule as to the Commonwealth of Kentucky pending judicial review. No. 23-3216, ECF No. 24; No. 23-3225, ECF No. 14.

5.      On July 25, 2023, after granting an administrative stay, this Court granted the motions to stay, stayed the Final Rule as to the Commonwealth of Kentucky pending judicial review, and denied the motions to transfer. No. 23-3216, ECF No. 39-2; No. 23-3225, ECF No. 23-2.

6.      On July 26, 2023, this Court entered the current briefing schedule in both Case Nos. 23-3216 and 23-3225, which has Petitioners' briefs due September 5, 2023 and EPA's briefs due October 4, 2023.

7.      To streamline briefing, the Parties request that this Court consolidate Case Nos. 23-2316 and 23-3225. Both cases involve challenges to EPA's Final

Rule as it applies to the Commonwealth of Kentucky, so consolidation would promote judicial economy and efficiency.

8.      The Parties request to use the deferred appendix option under Fed. R. App. P. 30(c) because it provides a single compilation of all relevant record documents or record excerpts to assist this Court's review on the merits.

9.      The Parties request a revised briefing schedule to provide the Parties more time to draft their briefs and because EPA's counsel is unavailable during the two weeks leading up to and during EPA's currently scheduled deadline. In addition, lead counsel for the Commonwealth is scheduled to give three appellate arguments between now and when the Commonwealth's opening brief is due.

10.     The Parties request that Petitioners each file a separate opening brief, with a combined word limit of 22,000 words, and EPA file a single consolidated response brief, with a word limit of 22,000 words.

11.     Below is the Parties' proposed revised briefing schedule and word limits:

| Action | Deadline | Combined Word Limit |
|---|---|---|
| Petitioners' Two Opening Briefs | 10/9/2023 | 22,000 |
| EPA's Single Response Brief | 12/11/2023 | 22,000 |
| Petitioners' Two Reply Briefs | 1/8/2024 | 11,000 |

| Action | Deadline | Combined Word Limit |
|---|---|---|
| Deferred Appendix | 1/18/2024 | |
| Final Briefs (with updated citations to Deferred Appendix) | 1/29/2024 | |

For these reasons, the Parties respectfully request the Court consolidate Case Nos. Case Nos. 23-2316 and 23-3225, set a revised briefing schedule with the above word limits, and to proceed using a deferred appendix under Fed. R. App. P. 30(c).

Dated: August 11, 2023

Respectfully submitted,

TODD KIM
Assistant Attorney General

/s/ Matthew F. Kuhn
Daniel Cameron
Attorney General
Victor B. Maddox
Deputy Attorney General
Matthew F. Kuhn
Solicitor General
Christopher L. Thacker
Assistant Deputy Attorney General
Harrison Gray Kilgore
Michael R. Wajda
Assistant Solicitors General
Marc Manley
Assistant Attorney General
Office of the Kentucky Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300

/s/ Jeffrey Hammons
JEFFREY HAMMONS
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington D.C. 20044-7611
(202) 598-6925
Jeffrey.Hammons@usdoj.gov

*Counsel for Respondents EPA, et al.*

Matt.Kuhn@ky.gov
Michael.Wajda@ky.gov

*Counsel for Petitioner Commonwealth of Kentucky*

<u>/s/ Joseph A. Newberg</u>
Jarrod L. Bentley, Staff Attorney III
Joseph A. Newberg, II, General Counsel
Kentucky Energy and Environment
Cabinet
300 Sower Boulevard Frankfort,
Kentucky 40601
Phone: (502) 782-5451
Joea.newberg@ky.gov
Jarrod.bentley@ky.gov

*Counsel for Petitioner Kentucky Energy and Environment Cabinet*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Motion complies with Fed. R. App. P. 27(d)(2)(A) and 32(f) and (g), as it complies with typeface requirements and contains 851 words, excluding exempted portions.

Dated: August 11, 2023

/s/ Jeffrey Hammons
Jeffrey Hammons

*Counsel for Respondents*


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Joint Motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

Dated: August 11, 2023

/s/ Jeffrey Hammons
Jeffrey Hammons

*Counsel for Respondents*