**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 11, 2024

| | |
|---|---|
| Mr. Jarrod Lee Bentley<br>Energy and Environment Cabinet<br>300 Sower Boulevard, Third Floor<br>Frankfort, KY 40601 | Mr. Matthew Franklin Kuhn<br>Office of the Attorney General<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY 40601 |
| Mr. Jeffrey T. Hammons<br>U.S. Department of Justice<br>150 M Street, N.E.<br>Washington, DC 20002 | Mr. Claiborne Walthall<br>Office of the Attorney General<br>The Capital<br>Albany, NY 12224 |

Re:   Case Nos. 23-3216 / 3225, *KY / KY Energy and Env Cabinet v. EPA, et al*
**Modification of the time allotted for oral argument**

Dear Counsel,

   In light of the Court's Order issued this day, please be advised that the time allotted for oral argument has been modified to the following:

**20 Minutes for Petitioners; 15 Minutes for Respondents; 5 Minutes for Amici**

Sincerely yours,

s/Lance A. Gifford
Senior Calendar Deputy

cc:  Mr. Jacob M. Abrahamson          Mr. Joseph Anthony Newberg
     Ms. Elizabeth A. Brody            Ms. Kathleen Lea Riley
     Mr. Daniel Cleveland              Ms. Alexandra L. St. Romain
     Mr. Shaun Goho                    Ms. Deena Nicole Tumeh
     Mr. Neil E. Gormley
     Mr. Hayden Wong Hashimoto